In the Matter of HENRY M. GARSSON, Respondent, against WILLIAM J. WALLIN et al., Constituting the Board of Regents of the University of the State of New York, et al., Appellants.—

Foster, P. J., Bergan and Coon, JJ., concur; Brewster, J., dissents; Heffernan, J., dissents in the following memorandum: I dissent and vote to reverse the order under review and to dismiss the petition. It seems to me that an order in the nature of prohibition should not have been granted for the reason that petitioner has an adequate remedy by administrative proceedings and judicial review.